IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP L. HILL, JR, <br>     Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, *Acting Commissioner of Social Security*, <br>     Defendant. | ) <br> ) <br> ) <br> )    CIVIL ACTION NO. 1:22-00064-N <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Phillip L. Hill, Jr., in accordance with the Memorandum Opinion and Order entered on this date affirming the Commissioner's final decision partially denying Hill's application for Social Security benefits.

    **DONE** this the 26th day of October 2022.

                                        */s/ Katherine P. Nelson* <br>
                                        **KATHERINE P. NELSON** <br>
                                        **UNITED STATES MAGISTRATE JUDGE**